

Case 2:23-cv-02369-JPM-atc   Document 1-4   Filed 06/20/23   Page 1 of 7   PageID 27

# PRO HEALTH HAS A FULL SPECTRUM OF WELLNESS SERVICES



### MEMBER BENEFITS
Available monthly memberships



### IV INFUSIONS
Top facility in Memphis



### WALK IN SICK VISITS
No appointment needed



### TESTOSTERONE THERAPY
Voted "Memphis Most"



### WEIGHT LOSS
Evidence based Program



### SINUS COCKTAIL
End sinus problems today



## ARE YOU LOOKING FOR WEGOVY?

**LEARN MORE**

Let us introduce ourselves…

## MEMPHIS' MOST CONVENIENT WELLNESS CLINIC



We opened in 2016 with the belief that the Memphis community needed a clinic offering both traditional and innovative wellness treatments under one roof just like in other big cities. Right now we are accomplishing this by providing IV hydration therapy, testosterone replacement, weight loss medications, and the sinus cocktail shot among other popular services like the Lipo shot, Myers' Cocktail, and high dose glutathione infusions. Don't forget to come to us for all of your sick visit needs as well. We are unique in that we actually dispense and administer most of the medicine prescribed on-site saving patients an added cost at the pharmacy. We are a no-wait, no-hassle place where the staff is friendly and the service is quick and professional. Make an appointment below or just come in today to see for yourself!







**Southaven Location**

**Coming Soon!**

**Collierville Location**

**Coming Soon!**

answer your questions...just ask me!

Click here to get started 👍



COPYRIGHT 2020 PRO HEALTH CLINIC



## GET STARTED WITH SEMAGLUTIDE TREATMENTS TODAY!

### What is Wegovy?

Wegovy, also known as semaglutide, is a weekly injection approved by the FDA in 2021 for weight loss. It belongs to a class of drugs known as GLP-1 agonists which were originally developed to treat type 2 diabetes.

Wegovy works by sending a message to your brain that says, "I am full. Stop eating." On Wegovy, you'll feel fuller faster, so you'll eat less, resulting in weight loss. Results have been very promising. Until now, this medicine has been difficult to obtain and very expensive. We are excited to announce that we now have it available for convenient access at a reasonable price. If you are ready to lose weight and want to try the latest in weight loss medicine fully approved by the FDA then stop by or make an appointment online.

### How does it work?

Wegovy slows down gatrointestinal motility, causing patients to feel full, and acts on the appetite centers in the brain to decrease hunger. In other words, people who use this type of medication are able to feel full with smaller portions and they are less hungry, which induces weight loss.

### READY TO GET STARTED ON SEMAGLUTIDE?

**Email**

**Phone**

SUBMIT

## Customer Reviews

**5** ★★★★★ based on 735 reviews

★★★★★ **Kelly A.** on 6/7/2023

★★★★★ **Artie B.** on 6/6/2023
Friendly and knowledgeable staff 😊

★★★★★ **Morgan C.** on 6/6/2023

★★★★★ **Frankie S.** on 6/5/2023

★★★★★ **Christi D.** on 6/4/2023

More

Powered by mindbody business



**3445 Poplar Ave #18
Memphis, TN 38111**

901-417-6551
info@prohealthmemphis.com

**1213 Ridgeway #104

Memphis, TN 38119**

901-509-8205
info@prohealthmemphis.com

hours for both locations
Monday-Friday: 7:00-6:00
Saturday: 9:00-2:00
Sunday: By appointment
info@prohealthmemphis.com

**Southaven Location**

Coming Soon!

**Collierville Location**

Coming Soon!

COPYRIGHT 2020 PRO HEALTH CLINIC

Welcome to Pro Health Clinic
Let me make your appointment or answer your questions...just ask me!

Click here to get started 👍