

 prohealthmemphis • Follow

 **prohealthmemphis** Looking for Wegovy? You're in luck! Visit https://prohealthmemphis.com/ to get started today! Link in bio.

#memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

15w

Liked by **gingerjuliehollis** and **others**

FEBRUARY 21

Add a comment…    Post



prohealthmemphis • Follow

prohealthmemphis The search for Wegovy is over! Fill out the form to get started today at https://prohealthmemphis.com/. Link in bio.

#memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

5w

Liked by **kakytucker** and **others**

APRIL 28

Add a comment…

Post



**prohealthmemphis** • Follow

**prohealthmemphis** Why Wegovy? Wegovy is a semaglutide injection that works to send messages to your brain telling you that you're full. This has had promising results in weight loss and we are so happy to provide our patients this service, right here in our clinic. Sign up for Wegovy today at https://prohealthmemphis.com/. Link in bio.

#memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

20w

Liked by **gingerjuliehollis** and **others**
JANUARY 18

Add a comment…    Post





**prohealthmemphis** • Follow



**prohealthmemphis** Looking for Wegovy? We got it! Head over and fill out a form at https://prohealthmemphis.com/ to get started and learn more. Link in bio.

39w

**kelly_wilson_04** Dm on **@Miamivibes.mag** 3M🌴

39w   Reply

**prohealthmemphis** #memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

39w   Reply

Liked by **kndoster** and **others**

SEPTEMBER 7, 2022

Add a comment...            Post







 prohealthmemphis • Follow

 **prohealthmemphis** Looking for Wegovy? We got it!! Start your weight loss journey today by signing up on our website, https://prohealthmemphis.com/. Link in bio.

43w

**prohealthmemphis** #memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

43w   Reply

Liked by **ericaefant** and **others**

AUGUST 9, 2022

Add a comment…   Post



 **prohealthmemphis** • Follow

 **prohealthmemphis** Appetite suppressants are a great and effective tool to help aid your weight loss journey. At Pro Health, we not only offer appetite suppressants as a weight loss service but also B12 shots, Lipo-plex, Wegovy and more. Stop by and chat with a nurse today to see if you are a good candidate. Learn more at https://prohealthmemphis.com/. Link in bio.

38w

**prohealthmemphis** #memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

38w   1 like   Reply

Liked by **miceydenise** and **others**

SEPTEMBER 15, 2022

Add a comment…   Post



prohealthmemphis • Follow

prohealthmemphis Are you thinking about starting your weight loss journey? We are SO proud of you! Allow us to guide you toward your goals with our advice, highly-sought after services such as Wegovy and constant support. Visit https://prohealthmemphis.com/ for more. Link in bio.

32w

gym168w WoW send pic on @the_world_captures

32w  Reply

prohealthmemphis #memphis #choose901 #ilovememphis #ivhydration #ivtherapy #hydration #ivdrip #recovery #ivvitamintherapy #vitamindrip #wellness #vitamins #vitamininfusion #vitamintherapy #mobileiv #miami #resetiv #ivdrips #ivhydrationtherapy #iv #health #ivnurse #vegasheat #rejuvenating #replenish #nurselife #nursesrock #rn #nurses #recoverfaster

32w  Reply

Liked by **yvette_jane_paxton_rhoton** and **others**
OCTOBER 26, 2022

Add a comment…   Post

**Pro Health Wellness Clinic**
5d

Interested in starting your Wegovy journey? We can kickstart your journey right here at Pro Health! Learn more and sign up today at



PROHEALTHMEMPHIS.COM
**HOMEPAGE | Pro Health Wellness Clinic**
HOMEPAGE | Weight Loss, Testosterone Replacement, Sinus Cocktails, Sick ...

Learn more