UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC.<br><br>      Plaintiffs,<br><br>v.<br><br>PRO HEALTH INVESTMENTS, LLC,<br><br>      Defendant. | Case No. _____ |

**PLAINTIFF NOVO NORDISK A/S'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Novo Nordisk A/S, makes the following disclosures:

NNAS is a publicly traded corporation headquartered in Bagsværd, Denmark. No publicly held company owns 10% or more of the stock of NNAS.

NNAS's corporate parent is Novo Holdings A/S. Novo Holdings A/S is wholly owned by Novo Nordisk Foundation, a privately held entity.

                                                          Respectfully submitted,

                                                          *s/ Steven A. Riley*
                                                          Steven A. Riley (TN Bar No. 6258)
                                                          Milton S. McGee, III (TN Bar No. 24150)
                                                          RILEY & JACOBSON, PLC
                                                          1906 West End Ave.
                                                          Nashville, TN 37203
                                                          (615) 320-3700
                                                          sriley@rjfirm.com
                                                          tmcgee@rjfirm.com

Aaron S. Craig (Pro hac vice application forthcoming)
Joseph N. Akrotirianakis (Pro hac vice application forthcoming)
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
acraig@kslaw.com
jakro@kslaw.com

Bruce W. Baber (Pro hac vice application forthcoming)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
(404) 572-4600
bbaber@kslaw.com

*Attorneys for Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was provided to a private process server for personal service on the following and also sent via U.S. Certified Mail (with return receipt requested) on the 20th day of June 2023 to the following:

Estes Folk
3445 Poplar Ave
Suite 18
Memphis, TN 38111-4667

*Registered Agent for Defendant*

                                                      *s/ Steven A. Riley*