UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>PRO HEALTH INVESTMENTS, LLC,<br><br>      Defendant. | Case No. _____ |

**PLAINTIFF NOVO NORDISK INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Novo Nordisk Inc., makes the following disclosures:

Novo Nordisk Inc. ("NNI"), by and through undersigned counsel, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

NNI is a privately held corporation wholly owned by Novo Nordisk US Commercial Holdings, Inc.

Novo Nordisk US Commercial Holdings, Inc. is a privately held corporation wholly owned by Novo Nordisk US Holdings, Inc.

Novo Nordisk US Holdings, Inc. is a privately held corporation wholly owned by Novo Nordisk A/S ("NNAS").

NNAS is a publicly traded corporation headquartered in Bagsværd, Denmark.  No publicly held company owns 10% or more of the stock of NNAS.

NNAS's corporate parent is Novo Holdings A/S.  Novo Holdings A/S is wholly owned by Novo Nordisk Foundation, a privately held entity.

1

Respectfully submitted,

*s/ Steven A. Riley*
Steven A. Riley (TN Bar No. 6258)
Milton S. McGee, III (TN Bar No. 24150)
RILEY & JACOBSON, PLC
1906 West End Ave.
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com

Aaron S. Craig (Pro hac vice application forthcoming)
Joseph N. Akrotirianakis (Pro hac vice application forthcoming)
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
acraig@kslaw.com
jakro@kslaw.com


Bruce W. Baber (Pro hac vice application forthcoming)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
(404) 572-4600
bbaber@kslaw.com

*Attorneys for Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was provided to a private process server for personal service on the following and also sent via U.S. Certified Mail (with return receipt requested) on the 20th day of June 2023 to the following:

Estes Folk
3445 Poplar Ave
Suite 18
Memphis, TN 38111-4667

*Registered Agent for Defendant*

                                                                              *s/ Steven A. Riley*